UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
JIMMY ROMERO AND                           Case No. 12-20547-LMI
JOANNA JAUREGUI
   Debtors
_____/            Chapter 13

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this <u>4th</u> day of June 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:<u>/s/Robert Sanchez</u>_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

| | |
|---|---|
| Chase Home Finance, LLC | Chase Home Finance, LLC |
| CT Corporation System, R.A. | c/o David B. Lowman, CEO |
| 1200 South Pine Island Road | 194 Wood Avenue South, 4th Floor |
| Plantation, FL 33324 | Iselin, NJ 08830 |