**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-20547-LMI**

☐ ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jimmy Romero                           CO-DEBTOR: Joanna Jaurequi
Last Four Digits of SS# xxx-xx-5294            Last Four Digits of SS# xxx-xx-2177

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

   A.   $__188.88__ for months __1__ to __60__;
   B.   $_____ for months _____ to _____;
   C.   $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,650.00 + $700.00 (Motion to Value) = $4,350.00
                  TOTAL PAID       $2,000.00
                  Balance Due      $ 2,350.00  payable $ 130.56  month (Months  1  to  18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                                 Arrearage on Petition Date $_____
Address _____                         Arrears Payment $_____/month (Months____ to ___)
_____                                 Arrears Payment $_____/month (Months____ to ___)
_____                                 Regular Payment $_____/month (Months____ to ___)

2. _____                              Arrears Payment $_____
_____                                 Arrears Payment $_____/month (Months____ to ___)
_____                                 Regular Payment $_____/month (Months____ to ___)
                                           Arrears Payment $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Home Finance<br>Loan No. xxxx3655<br>Prop Add: 6385 W 27th Ave #13<br>Hialeah, FL 33016 | $43,930.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__                                 Total Due $_____
                                           Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 39.44 month (Months __1__ to __18__). Pay $170.00/mo (Mos 19 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Wells Fargo Home Mortgage (Loan No. xxx8713) and TD Auto Finance (Loan No. xxxx5408) directly outside the plan. The debtors will provide copies of their income tax returns to the chapter 13 trustee on or May 15 during the pendency of the plan. The debtors will amend schedules I & J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 07/31/12