UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Jimmy Romero                                              Case No. 12-20547-LMI
 and
Joanna Carola Jauregui

    Debtors                                              Chapter 13
_____/

**MOTION TO APPROVE LOAN MODIFICATION**

**COMES NOW**, the Debtors, Jimmy Romero and Joanna Carola Jauregui, (hereinafter referred to as "Debtors") by and through undersigned counsel and files this Motion to Approve Loan Modification and as grounds therefore states the following:

1.    The debtors filed the instant case on April 30, 2012.

2.    Wells Fargo Home Mortgage is a secured creditor by virtue of a promissory note and mortgage on a real property located at: 6385 West 27th Avenue, #3-13, Hialeah, FL 33016.

3.    Wells Fargo Home Mortgage has offered the debtors a modification proposal a copy of which is attached hereto as Exhibit "A".

4.    Wells Fargo Home Mortgage and the debtors have agreed to the terms set forth in the proposed modification proposal and seek approval of the Court and the entry of an Order authorizing the parties to enter into a modification agreement.

1

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_____
        Robert Sanchez, Esq., FBN#0442161